■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS LIVINGSTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunkin, J.), rendered May 29, 1987, convicting him of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's claim, the People did not fail, as a matter of law, to disprove the defense of justification. Viewing the evidence in the light most favorable to the People (see, *People v Contes,* 60 NY2d 620), the record establishes that the defense of justification was disproved beyond a reasonable doubt (see, *People v Reed,* 40 NY2d 204). Thompson, J. P., Brown, Lawrence and Balletta, JJ., concur.